EXHIBIT D.

| STATE OF MICHIGAN 14TH JUDICIAL CIRCUIT | PARTY NOTIFICATION | CASE NO. 20-000881-FH |
|---|---|---|

Court Address: MUSKEGON COUNTY
990 TERRACE STREET
MUSKEGON MI 49442

Court telephone no. 231-724-6265

Mailing Date: 10/14/20

Mail To:
ANTONIO MCMANN
MUSKEGON COUNTY JAIL
MUSKEGON MI 49442

Judge: ANNETTE ROSE SMEDLEY

Plaintiff: PEOPLE OF MICHIGAN

V

Defendant: ANTONIO ALIE MCMANN

Enclosed please find a copy of the order allowing defendant access to law library as entered October 13, 2020. Thank you for your attention to this matter.

Kathleen Boeschenstein
Assistant to Hon. Annette R. Smedley

cc. Muskegon County Sheriff Dept.
Court Services

THIS NOTICE HAS ALSO BEEN SENT TO:
DALE J. HILSON